UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
-------------------------------------

LANCE T. PITTS,
                       Petitioner,

        vs                                              9:03-CV-732

CALVIN WEST, Superintendent,
                       Respondent.

-------------------------------------

APPEARANCES:                                          OF COUNSEL:

LANCE T. PITTS
Petitioner, Pro Se
99-A-5699
Green Haven Correctional Facility
P.O. Box 4000
Stormville, NY 12582

HON. ANDREW M. CUOMO               STEVEN H. SCHWARTZ, ESQ.
Attorney General of the                  Asst. Attorney General
  State of New York
Attorney for Respondent
120 Broadway
New York, NY 10271

DAVID N. HURD
United States District Judge

## DECISION and ORDER

      Petitioner, Lance T. Pitts, brought this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. By a report recommendation dated January 11, 2007, the Honorable David R. Homer, United States Magistrate Judge, recommended that the petition for a writ of habeas corpus be denied. Petitioner has filed timely objections.

Based upon a de novo determination of the report and recommendation, including the portions to which petitioner objected, the Report-Recommendation is accepted and adopted in whole.  <u>See</u> 28 U.S.C. 636(b)(1); Rule 10, Rules Governing Section 2254 Cases.

Accordingly, it is

ORDERED that the petition is DENIED and DISMISSED in its entirety.

IT IS SO ORDERED.

_____
United States District Judge

Dated:   March   29, 2007
         Utica, New York.